# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GLENN A. WILLIAMS, | ) | No. CV 15-4646-PLA |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JEFFEREY BEARD, Warden, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition in this matter is dismissed with prejudice.

DATED: March 7, 2016

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE